IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**PROGRESSIVE GULF
INSURANCE COMPANY,**

      Plaintiff

vs.                                      CASE NO. **4:05cv160TSL-AGN**

**MARVIN STINSON LOGGING
COMPANY, INC., BILLY STINSON
d/b/a BILLY STINSON LOGGING
and JEWEL TISDALE on behalf of
the wrongful death beneficiaries of
LARRY TISDALE, deceased,**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS DAY, this cause came to be heard upon the motion of counsel for the respective parties requesting that this Court dismiss this action with prejudice and the Court having and considered the same finds that this matter has been settled and compromised and therefore the Court dismisses the above captioned matter with prejudice.

IT IS SO ORDERED AND ADJUDGED this the 23rd day of August, 2006.

                                                              /s/ Tom S. Lee
                                                              DISTRICT COURT JUDGE

s/Robert Allen
Attorney for Marvin Stinson Logging
Company, Inc.

s/Scott J. Schwartz
Attorney for Jewel Tisdale
on behalf of the wrongful
death beneficiaries of
Larry Tisdale, Deceased

s/James Lynn Perry
Attorney for Progressive
Gulf Insurance Company